991 A.2d 227

STATE OF NEW JERSEY, PLAINTIFF, v. BRIAN
CARTER, DEFENDANT–MOVANT.

March 4, 2010.

ORDERED that the motion for leave to appeal is granted.